COPY

✎AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FILED

Southern _____ District of _ California

2008 MAR -4 PM 1:49

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH
AND DEVELOPMENT TRUST,

V.

SUNBEAM PRODUCTS, INC., a Delaware Corporation; and
DOES 1 – 100

AMENDED
SUMMONS IN A CIVIL ACTION

BY _____ DEPUTY

CASE NUMBER: 08cv306 BTM CAB

TO: (Name and address of Defendant)

-**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Melody A. Kramer

Kramer Law Office, Inc.

9930 Mesa Rim Rd., Suite 1600

San Diego, CA 92121

858-362-3150

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

MAR 0 4 2008

W. SAMUEL HAMRICK, JR.

CLERK

K. HAMBERLY

DATE

(By) DEPUTY CLERK

American LegalNet, Inc.
www.FormsWorkflow.com