1  SANG N. DANG (No. 214558)
   sangdang@orionlawgroup.net
2  ORION LAW GROUP,
   A PROFESSIONAL LAW CORPORATION
3  3 Hutton Centre Drive
   Suite 850
4  Santa Ana, CA  92707
   Telephone:  714-768-6800
5  Facsimile:  714-768-6850

6  Attorneys for Defendants
   SUNBEAM PRODUCTS, INC.
7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10

11

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>          Plaintiff,<br><br>     vs.<br><br>SUNBEAM PRODUCTS, INC., a Delaware Corporation<br><br>          Defendant. | Case No. 08cv306 BTM CAB<br><br>**NOTICE OF APPEARANCE OF SANG N. DANG ON BEHALF OF DEFENDANT SUNBEAM PRODUCTS, INC.** |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2      NOTICE IS HEREBY GIVEN that Sang N. Dang of Orion Law Group, a

3  Professional Law Corporation, an attorney duly admitted to the Bar of this Court, hereby enters

4  an appearance as counsel for Defendant Sunbeam Products, Inc.

6  DATED: March 11, 2008        ORION LAW GROUP,
                                        A PROFESSIONAL LAW CORPORATION

9                                          By /s/ Sang N. Dang
                                            Sang N. Dang
                                            Attorneys for Defendant
                                            SUNBEAM PRODUCTS, INC.

ORION LAW GROUP

CASE NO. 08cv306 BTM CAB