1  GEORGE L. FOUNTAIN (No. 182716)
   georgefountain@orionlawgroup.net
2  ORION LAW GROUP,
   A PROFESSIONAL LAW CORPORATION
3  3 Hutton Centre Drive
   Suite 850
4  Santa Ana, CA  92707
   Telephone:  714-768-6800
5  Facsimile:  714-768-6850

6  Attorneys for Defendant
   SUNBEAM PRODUCTS, INC.
7

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10

11

12  JENS ERIK SORENSEN, as Trustee of        Case No. 08cv306 BTM CAB
    SORENSEN RESEARCH AND
13  DEVELOPMENT TRUST,                       **NOTICE OF APPEARANCE OF GEORGE
                                             L. FOUNTAIN ON BEHALF OF
14              Plaintiff,                   DEFENDANT SUNBEAM PRODUCTS,
                                             INC.**
15       vs.

16  SUNBEAM PRODUCTS, INC., a
    Delaware Corporation
17
                Defendant.
18

19

20

21

22

23

24

25

26

27

28

ORION LAW
  GROUP
                                                          CASE NO. 08cv306 BTM CAB

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    NOTICE IS HEREBY GIVEN that George L. Fountain of Orion Law Group, PLC., an attorney duly admitted to the Bar of this Court, hereby enters an appearance as counsel for Defendant Sunbeam Products, Inc.

DATED: March 14, 2008

ORION LAW GROUP,
A PROFESSIONAL LAW CORPORATION


By /s/ George L. Fountain
   George L. Fountain
   Attorneys for Defendant
   SUNBEAM PRODUCTS, INC.

ORION LAW GROUP

CASE NO. 08cv306 BTM CAB