| | |
|---|---|
| 1 | **Certificate of Service** |
| 2 | The undersigned herby certifies that all counsel of record who are deemed to have |
| 3 | consented to electronic service are being served this 14th day of March, 2008, with a copy of this |
| 4 | document via the Court's CM/ECF system. I certify that all parties in this case are represented by |
| 5 | counsel who are CM/ECF participants. Any other counsel of record will be served by electronic |
| 6 | mail, facsimile transmission, and/or first class mail on the following business day. |
| 7 | |
| 8 | /s/ Sang N. Dang_____ |

ORION LAW GROUP

NOTICE OF APPEARANCE             2             CASE NO. 08cv306 BTM CAB