**Certificate of Service**

The undersigned herby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 14th day of March, 2008, with a copy of this document via the Court's CM/ECF system. I certify that all parties in this case are represented by counsel who are CM/ECF participants. Any other counsel of record will be served by electronic mail, facsimile transmission, and/or first class mail on the following business day.

/s/ George L. Fountain_____