1  VY H. VU (No. 247086)
   vyvu@orionlawgroup.net
2  ORION LAW GROUP,
   A PROFESSIONAL LAW CORPORATION
3  3 Hutton Centre Drive
   Suite 850
4  Santa Ana, CA  92707
   Telephone:  714-768-6800
5  Facsimile:  714-768-6850

6  Attorneys for Defendants
   SUNBEAM PRODUCTS, INC.
7

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10

11

12  JENS ERIK SORENSEN, as Trustee of          Case No. 08cv306 BTM CAB
    SORENSEN RESEARCH AND
13  DEVELOPMENT TRUST,                         **NOTICE OF APPEARANCE OF VY H. VU
                                               ON BEHALF OF DEFENDANT SUNBEAM
14              Plaintiff,                     PRODUCTS, INC.**

15       vs.

16  SUNBEAM PRODUCTS, INC., a
    Delaware Corporation
17
                Defendant.
18

19

20

21

22

23

24

25

26

27

28

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2     NOTICE IS HEREBY GIVEN that Vy H. Vu of Orion Law Group, PLC., an

3  attorney duly admitted to the Bar of this Court, hereby enters an appearance as counsel for

4  Defendant Sunbeam Products, Inc.

6  DATED: March 17, 2008          ORION LAW GROUP,
                                   A PROFESSIONAL LAW CORPORATION

                                   By /s/ Vy H. Vu
                                      Vy H. Vu
                                      Attorneys for Defendant
                                      SUNBEAM PRODUCTS, INC.

ORION LAW GROUP

NOTICE OF APPEARANCE                                      CASE NO. 08cv306 BTM CAB

**Certificate of Service**

The undersigned herby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 17th day of March, 2008, with a copy of this document via the Court's CM/ECF system. I certify that all parties in this case are represented by counsel who are CM/ECF participants. Any other counsel of record will be served by electronic mail, facsimile transmission, and/or first class mail on the following business day.

/s/ Vy H. Vu_____