| | |
|---|---|
| 1 | KENING LI, PH.D. (No. 202028) |
| | Kening.LI@pinsentmasons.com |
| 2 | PINSENT MASONS |
| | c/o BAKER DONELSON BEARMAN CALDWELL |
| 3 | AND BERKOWITZ |
| | 555 11th St., NW, Washington, DC 20004 |
| 4 | 202-654-4633 |
| 5 | |
| | Attorneys for Defendants |
| 6 | SUNBEAM PRODUCTS, INC. |

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST, | Case No. 08cv306 BTM CAB |
| Plaintiff, | **NOTICE OF APPEARANCE OF KENING LI ON BEHALF OF DEFENDANT SUNBEAM PRODUCTS, INC.** |
| vs. | |
| SUNBEAM PRODUCTS, INC., a Delaware Corporation | |
| Defendant. | |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  NOTICE IS HEREBY GIVEN that Kening Li, of PINSENT MASONS, an attorney duly

3  admitted to the Bar of this Court, hereby enters an appearance as counsel for Defendant Sunbeam

4  Products, Inc.

6  DATED: March 17, 2008        PINSENT MASONS c/o BAKER DONELSON
                                BEARMAN CALDWELL AND BERKOWITZ

                                By /s/ Kening Li.
                                   Kening Li
                                   Attorneys for Defendant
                                   SUNBEAM PRODUCTS, INC.

PINSENT MASONS

NOTICE OF APPEARANCE                                    CASE NO. 08cv306 BTM CAB

| | |
|---|---|
| 1 | **Certificate of Service** |
| 2 | The undersigned herby certifies that all counsel of record who are deemed to have |
| 3 | consented to electronic service are being served this 17th day of March, 2008, with a copy of this |
| 4 | document via the Court's CM/ECF system. I certify that all parties in this case are represented by |
| 5 | counsel who are CM/ECF participants. Any other counsel of record will be served by electronic |
| 6 | mail, facsimile transmission, and/or first class mail on the following business day. |
| 7 | |
| 8 | /s/ Kening Li_____ |

PINSENT MASONS

NOTICE OF APPEARANCE  2  CASE NO. 08cv306 BTM CAB