

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

WILMINGTON DE 19801

| | |
|---|---|
| Postage | $1.65 |
| Certified Fee | $2.65 |
| Return Receipt Fee (Endorsement Required) | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $6.45 |

Postmark Here — SAN DIEGO FEB 22 02/22/2008

Sent To: Sunbeam Products, Inc.
Street, Apt. No.; or PO Box No.: The Corporation Trust Company Corporation Trust Center
City, State, ZIP+4: 1209 Orange Street Wilmington, DE 19801

PS Form 3800, January ...

7001 0320 0004 3020 1434

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Sunbeam Products, Inc.
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  _Scott [signature]_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name): 
C. Date of Delivery: FEB 26 2008

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label): 7001 0320 0004 3020 1434

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540