1  MELODY A. KRAMER, SBN 169984
2  KRAMER LAW OFFICE, INC.
   9930 Mesa Rim Road, Suite 1600
3  San Diego, California 92121
4  Telephone (858) 362-3150
   mak@kramerlawip.com
5
6  J. MICHAEL KALER, SBN 158296
   KALER LAW OFFICES
7  9930 Mesa Rim Road, Suite 200
8  San Diego, California 92121
   Telephone (858) 362-3151
9  michael@kalerlaw.com
10
11
12 Attorneys for Plaintiff JENS ERIK SORENSEN,
   as Trustee of SORENSEN RESEARCH AND
13 DEVELOPMENT TRUST
14
15
                UNITED STATES DISTRICT COURT
16
             FOR THE SOUTHERN DISTRICT OF CALIFORNIA
17
18 | JENS ERIK SORENSEN, as Trustee of   ) Case No. 08cv306 BTM CAB
19 | SORENSEN RESEARCH AND               )
   | DEVELOPMENT TRUST,                  ) **PLAINTIFF'S REQUEST FOR ORAL**
20 |                                     ) **ARGUMENTS ON MOTION TO MODIFY**
   |                 Plaintiff           ) **PATENT LOCAL RULES SCHEDULE TO**
21 |                                     ) **ACCELERATE IDENTIFICATION OF**
22 |      v.                             ) **CLAIMED INVALIDATING PRIOR ART**
   |                                     )
23 | SUNBEAM PRODUCTS, INC., a            ) Date:  May 23, 2008
   | Delaware Corporation; and DOES 1 –   ) Time:  11:00 a.m.
24 | 100,                                 ) Hon. Barry T. Moskowitz
25 |                                     )
   |                 Defendants.         )
26 | _____ )
27 | and related counterclaims.          )
   | _____ )
28

1  PLAINTIFF Jens Erik Sorensen, as trustee of Sorensen Research & Development Trust, hereby requests that the Court hear oral argument on Plaintiff's Motion to Modify Patent Local Rules Schedule to Accelerate Identification of Claimed Invalidating Prior Art (Docket # 15).

Oral arguments are requested because the relief sought is novel, but highly important to judicial efficiency of this case, and the related '184 patent cases.

Dated this Friday, March 28, 2008.

Respectfully submitted,

JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST, Plaintiff

/s/ Melody A. Kramer
J. Michael Kaler
Melody A. Kramer
Attorneys for Plaintiff

| | |
|---|---|
| 1 | Proof of Service |
| 2 | I, Melody A. Kramer, declare: I am and was at the time of this service working within in |
| 3 | the County of San Diego, California. I am over the age of 18 year and not a party to the within |
| 4 | action. My business address is the Kramer Law Office, Inc., 9930 Mesa Rim Road, Suite 1600, |
| 5 | San Diego, California, 92121. |
| 7 | On Friday, March 28, 2008, I served the following documents: |

**PLAINTIFF'S REQUEST FOR ORAL ARGUMENTS ON MOTION TO MODIFY PATENT LOCAL RULES SCHEDULE TO ACCELERATE IDENTIFICATION OF CLAIMED INVALIDATING PRIOR ART**

| PERSON(S) SERVED | PARTY(IES) SERVED | METHOD OF SERVICE |
|---|---|---|
| Sang N. Dang<br>ORION LAW GROUP<br>3 Hutton Centre Drive, Suite 850<br>Santa Ana, CA 92707<br>sangdang@orionlawgroup.net | Sunbeam Products, Inc. | Email--Pleadings Filed with the Court via CM/ECF |
| George L. Fountain<br>ORION LAW GROUP<br>3 Hutton Centre Drive, Suite 850<br>Santa Ana, CA 92707<br>georgefountain@orionlawgroup.net | Sunbeam Products, Inc. | Email--Pleadings Filed with the Court via CM/ECF |
| Kening Li, PH.D.<br>PINSENT MASONS<br>C/o BAKER DONELSON BEARMAN CALDWELL AND BERKOWITZ<br>555 11th St., NW,<br>Washington, DC 20004<br>Kening.LI@pinsentmasons.com | Sunbeam Products, Inc. | Email--Pleadings Filed with the Court via CM/ECF |
| Vy H. Vu<br>ORION LAW GROUP<br>3 Hutton Centre Drive, Suite 850<br>Santa Ana, CA 92707<br>vyvu@orionlawgroup.net | Sunbeam Products, Inc. | Email--Pleadings Filed with the Court via CM/ECF |

2.

Case No. 08cv306 BTM CAB

|   |   |   |
|---|---|---|

☐ (Personal Service) I caused to be personally served in a sealed envelope hand-delivered to the office of counsel during regular business hours.

☐ (Federal Express) I deposited or caused to be deposited today with Federal Express in a sealed envelope containing a true copy of the foregoing documents with fees fully prepaid addressed to the above noted addressee for overnight delivery.

☐ (Facsimile) I caused a true copy of the foregoing documents to be transmitted by facsimile machine to the above noted addressees. The facsimile transmissions were reported as complete and without error.

☐ (Email) I emailed a true copy of the foregoing documents to an email address represented to be the correct email address for the above noted addressee.

☒ (Email--Pleadings Filed with the Court) Pursuant to Local Rules, I electronically filed this document via the CM/ECF system for the United States District Court for the Southern District of California.

☐ (U.S. Mail) I mailed a true copy of the foregoing documents to a mail address represented to be the correct mail address for the above noted addressee.

I declare that the foregoing is true and correct, and that this declaration was executed on Friday, March 28, 2008, in San Diego, California.

DATED this Friday, March 28, 2008.


/s/ Melody A. Kramer
Melody A. Kramer

Case No. 08cv306 BTM CAB

3.