MELODY A. KRAMER, SBN 169984
KRAMER LAW OFFICE, INC.
9930 Mesa Rim Road, Suite 1600
San Diego, California 92121
Telephone (858) 362-3150
mak@kramerlawip.com

J. MICHAEL KALER, SBN 158296
KALER LAW OFFICES
9930 Mesa Rim Road, Suite 200
San Diego, California 92121
Telephone (858) 362-3151
michael@kalerlaw.com

Attorneys for Plaintiff JENS ERIK SORENSEN,
as Trustee of SORENSEN RESEARCH AND
DEVELOPMENT TRUST

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>　　　　　　　　Plaintiff<br>　v.<br><br>SUNBEAM PRODUCTS, INC., a Delaware Corporation; and DOES 1 – 100,<br><br>　　　　　　　　Defendants.<br>_____<br>and related counterclaims. | Case No. 08cv306 BTM CAB<br><br>PLAINTIFF'S REPLY TO AMENDED COUNTERCLAIMS OF SUNBEAM PRODUCTS, INC. (Docket #17) |

Plaintiff/Counterdefendant Jens Erik Sorensen as Trustee of Sorensen Research and Development Trust ("SRDT"), hereby responds to the specific paragraphs of the Counterclaims of Defendant/Counterclaimant Sunbeam Products, Inc.:

<u>The Parties</u>

1. Upon information and belief, admit.
2. Admit.

<u>Jurisdiction</u>

3. Admit.
4. Admit.

<u>The Patent</u>

5. Admit.

<u>Existence of an Actual Controversy</u>

6. Deny that SRDT filed a Complaint for Patent Infringement of February 8, 2008. SRDT filed a Complaint against Sunbeam on February 15, 2008, otherwise, admit.
7. Admit that Sunbeam has made such representations.
8. Admit.
9. Upon information and belief, deny.
10. Upon information and belief, deny.

<u>First Counterclaim</u>

11. SRDT incorporates the responses to paragraphs 1-10 as though fully set forth herein.
12. Admit.
13. Admit.
14. Deny.
15. Admit.

<u>Second Counterclaim</u>

16. SRDT incorporates the responses to paragraphs 1-15 as though fully set forth herein.

17. Admit.

18. Deny.

19. Deny.

20. Deny.

21. Deny.

22. Admit.

**WHEREFORE,** SRDT prays that judgment on Sunbeam's Cross-Complaint be entered as follows:

a. For judgment in favor of SRDT and against Sunbeam's on all requested relief;

b. That this case is decreed an "exceptional case" and SRDT is awarded reasonable attorneys' fees by the Court pursuant to 35 U.S.C. § 285;

c. For costs of suit herein incurred;

d. For such other and further relief as the Court may deem just and proper.

DATED this Thursday, April 10, 2008.

> JENS ERIK SORENSEN, as Trustee of
> SORENSEN RESEARCH AND DEVELOPMENT
> TRUST, Plaintiff
>
> /s/ Melody A. Kramer
> Melody A. Kramer, Esq.
> J. Michael Kaler
> Attorney for Plaintiff

# PROOF OF SERVICE

I, Melody A. Kramer, declare: I am and was at the time of this service working within in the County of San Diego, California. I am over the age of 18 year and not a party to the within action. My business address is the Kramer Law Office, Inc., 9930 Mesa Rim Road, Suite 1600, San Diego, California, 92121.

On Thursday, April 10, 2008, I served the following documents:

PLAINTIFF'S REPLY TO COUNTERCLAIMS OF
SUNBEAM PRODUCTS, INC.

| PERSON(S) SERVED | PARTY(IES) SERVED | METHOD OF SERVICE |
|---|---|---|
| Sang N. Dang<br>ORION LAW GROUP<br>3 Hutton Centre Drive, Suite 850<br>Santa Ana, CA 92707<br>sangdang@orionlawgroup.net | Sunbeam Products, Inc. | Email--Pleadings Filed with the Court via CM/ECF |
| George L. Fountain<br>ORION LAW GROUP<br>3 Hutton Centre Drive, Suite 850<br>Santa Ana, CA 92707<br>georgefountain@orionlawgroup.net | Sunbeam Products, Inc. | Email--Pleadings Filed with the Court via CM/ECF |
| Kening Li, PH.D.<br>PINSENT MASONS<br>C/o BAKER DONELSON BEARMAN CALDWELL AND BERKOWITZ<br>555 11th St., NW,<br>Washington, DC 20004<br>Kening.LI@pinsentmasons.com | Sunbeam Products, Inc. | Email--Pleadings Filed with the Court via CM/ECF |
| Vy H. Vu<br>ORION LAW GROUP<br>3 Hutton Centre Drive, Suite 850<br>Santa Ana, CA 92707<br>vyvu@orionlawgroup.net | Sunbeam Products, Inc. | Email--Pleadings Filed with the Court via CM/ECF |

1  ☐ (Personal Service) I caused to be personally served in a sealed envelope hand-delivered to the office of counsel during regular business hours.

☐ (Federal Express) I deposited or caused to be deposited today with Federal Express in a sealed envelope containing a true copy of the foregoing documents with fees fully prepaid addressed to the above noted addressee for overnight delivery.

☐ (Facsimile) I caused a true copy of the foregoing documents to be transmitted by facsimile machine to the above noted addressees. The facsimile transmissions were reported as complete and without error.

☐ (Email) I emailed a true copy of the foregoing documents to an email address represented to be the correct email address for the above noted addressee.

☒ (Email--Pleadings Filed with the Court) Pursuant to Local Rules, I electronically filed this document via the CM/ECF system for the United States District Court for the Southern District of California.

☐ (U.S. Mail) I mailed a true copy of the foregoing documents to a mail address represented to be the correct mail address for the above noted addressee.

I declare that the foregoing is true and correct, and that this declaration was executed on Thursday, April 10, 2008, in San Diego, California.

/s/ Melody A. Kramer
Melody A. Kramer