GEORGE L. FOUNTAIN (No. 182716)
georgefountain@orionlawgroup.net
SANG N. DANG (No. 214558)
sangdang@orionlawgroup.net
VY H. VU (No. 247068)
vyvu@orionlawgroup.net
ORION LAW GROUP,
A PROFESSIONAL LAW CORPORATION
3 Hutton Centre Drive
Suite 850
Santa Ana, CA  92707
Telephone:  714-768-6800
Facsimile:  714-768-6850

KENING LI, PH.D. (No. 202028)
Kening.LI@pinsentmasons.com
PINSENT MASONS LLP
c/o BAKER DONELSON BEARMAN CALDWELL AND BERKOWITZ, PC
555 11th St., NW, Washington, DC 20004
Telephone: 202-654-4633
Facsimile: 202- 220.2259

Attorneys for Defendants
SUNBEAM PRODUCTS, INC.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>SUNBEAM PRODUCTS, INC.,<br>a Delaware corporation,<br><br>Defendants. | CASE NO. C 08-00306 BTM CAB<br><br>**NOTICE OF MOTION AND DEFENDANT'S MOTION TO STAY PENDING OUTCOME OF REEXAMINATION PROCEEDINGS**<br><br>*NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT*<br><br>Date: May 30, 2008<br>Time: 11:00 AM<br>Hon. Barry T. Moskowitz |

NOTICE IS HEREBY GIVEN that on   May 30, 2008 at 11:00 am, or as soon thereafter as the matter may be heard by the above titled Court, located at 940 Front Street, San Diego, CA 92101-8900, Defendant SUNBEAM PRODUCTS, INC., will and hereby respectfully does move for a stay of the above-captioned proceeding pending two ongoing United States

Patent & Trademark Office ("PTO") re-examinations of the patent in suit, U.S. Patent No. 4,934,184 ("the '184 Patent"). Defendant's counsel conferred with Plaintiff's counsel regarding a stay prior to filing this motion, but Plaintiff has not consented to a stay.

A stay of the present litigation is particularly warranted given that this Court has already stayed the related, earlier-filed cases of *Sorensen v. Black and Decker Corp.*, Case No. 06cv1572-BTM (CAB), and *Sorensen v. Giant Industries Ltd. et al.,* Case No. 07-CV-02121-BTM-CAB as a result of the pending reexaminations. *See Sorensen v. Black & Decker Corp.*, 2007 WL 2696590 (S.D. Cal. Sept. 10, 2007); Declaration of Kening Li in Support of Defendant's Motion to Stay ("Li Declaration"), ¶4, Exhibit C; Li Declaration, ¶5, Exhibit D. It would waste judicial resources to proceed with this case while staying cases that involve the very same patent. In addition, this case is in its very infancy. The complaint was filed on March 15, 2008. Defendant has filed its amended answer and counterclaim on April 2, 2008. The parties have not yet had their early neutral evaluation conference, and no discovery has been taken. Because the patent in suit may not survive the PTO's re-examinations, which would negate the basis of this lawsuit, it will conserve the parties' resources to stay this litigation until the re-examination has been concluded.

Moreover, the '184 Patent has already expired, therefore, even if the Patent were to survive the pending re-examination and Plaintiff were to prove infringement against Sunbeam, Plaintiff would only be entitled to damages, not injunctive relief. Thus, Plaintiff will not be prejudiced by the stay.

This motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities in Support thereof, the Li Declaration, all of which have been filed and served concurrently with this Notice of Motion and Motion, on the papers and records on file in this action, and on such other and further oral and documentary evidence as the Court may consider at the time of the hearing.

For the reasons set forth in greater detail in the supporting memorandum, Defendant respectfully requests that the Court order this case stayed pending completion of the PTO's ongoing re-examinations of the '184 Patent.

DATED:  April 16, 2008        ORION LAW GROUP


By      /s/ George L. Fountain
   George L. Fountain
   Sang N. Dang
   Vy H. Vu


PINSENT MASONS


By      /s/ Kening Li
   Kening Li, Ph.D.

   Attorneys for Defendants
   SUNBEAM PRODUCTS, INC.

ORION LAW
GROUP, PLC.

3

NOTICE OF DEFENDANT'S MOTION TO STAY    Case No. C 08-00306 BTM CAB

**Sorensen v. Sunbeam Products, Inc.**

*USDC Case No. C 08-00306 BTM CAB*

**Certificate of Service**

The undersigned hereby certifies that all counsels of record who are deemed to have consented to electronic service are being served this 16th day of April, 2008, with a copy of this document via the Court's CM/ECF system. I certify that all parties in this case are represented by counsels who are CM/ECF participants. Any other counsel of record will be served by electronic mail, facsimile transmission, and/or first class mail on the following business day.

                /s/ George L. Fountain