KENING LI, PH.D. (No. 202028)
Kening.LI@pinsentmasons.com
PINSENT MASONS LLP
c/o BAKER DONELSON BEARMAN CALDWELL AND
BERKOWITZ, PC
555 11th St., NW, Washington, DC 20004
Telephone: 202-654-4633
Facsimile: 202- 220.2259

Attorneys for Defendants
SUNBEAM PRODUCTS, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>          Plaintiff,<br><br>   vs.<br><br>SUNBEAM PRODUCTS, INC., a Delaware corporation,<br><br>        Defendants. | CASE NO. C 08-00306 BTM CAB<br><br>**DECLARATION OF KENING LI IN SUPPORT OF DEFENDANT'S MOTION TO STAY PENDING OUTCOME OF REEXAMINATION PROCEEDINGS**<br><br>*NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT*<br><br>Date:  May 30, 2008<br>Time: 11:00 AM<br>Hon. Barry T. Moskowitz |

1    I, Kening Li, declare as follows:

2    1. I am an attorney duly licensed to practice before the courts of this State and attorney

3    of record herein for Defendant Sunbeam Products, Inc. (d/b/a Jarden Consumer Solutions).  The

4    matters set forth herein are based on my own personal knowledge and if called upon to testify, I

5    could and would testify competently thereto.

6    2. A true and correct copy of a Reexamination Order for U.S. Patent No. 4,935,183

7    (United States Patent Application No. 90/008,775), mailed on October 11, 2007 ("First

8    Reexamination") is attached hereto as Exhibit A.

9    3. A true and correct copy of the Reexamination Order for U.S. Patent No. 4,935,183

10    (United States Patent Application No. 90/008,976), mailed on February 21, 2008 ("Second

11    Reexamination") is attached hereto as Exhibit B.

12    4. A true and correct copy of the Court's order granting defendant's Motion to Stay in

13    a related case, *Sorensen v. Black & Decker Corp.*, Case No. 06cv1572 BTM (CAB), is attached

14    hereto as Exhibit C.

15    5. A true and correct copy of the Court's order granting defendant's Motion to Stay in

16    a related case, *Sorensen v. Giant International (USA) Ltd.*, Case No. 07cv2121 BTM (CAB), is

17    attached hereto as Exhibit D.

18    I declare under penalty of perjury under the laws of the State of California that the

19    foregoing is true and correct. Executed this 16th day of April, 2008, in Washington, District of

20    Columbia.

21

22    _____/s/ Kening Li_____

23

24

25

26

27

28

**Sorensen v. Sunbeam Products, Inc.**

*USDC Case No. C 08-00306 BTM CAB*


**Certificate of Service**

The undersigned hereby certifies that all counsels of record who are deemed to have consented to electronic service are being served this  16th day of April, 2008, with a copy of this document via the Court's CM/ECF system. I certify that all parties in this case are represented by counsels who are CM/ECF participants. Any other counsel of record will be served by electronic mail, facsimile transmission, and/or first class mail on the following business day.


          /s/ George L. Fountain