1  J. MICHAEL KALER, SBN 158296
2  9930 Mesa Rim Road, Suite 200
   San Diego, California 92121
3  Telephone (858) 362-3151
4  Email: michael@kalerlaw.com

5  MELODY A. KRAMER, SBN 169984
6  9930 Mesa Rim Road, Suite 1600
   San Diego, California 92121
7  Telephone (858) 362-3150
8  Email: mak@kramerlawip.com

9  Attorneys for Plaintiff JENS ERIK SORENSEN,
   as Trustee of SORENSEN RESEARCH AND
10 DEVELOPMENT TRUST

11
                    UNITED STATES DISTRICT COURT
12
               FOR THE SOUTHERN DISTRICT OF CALIFORNIA
13

14 | JENS ERIK SORENSEN, as Trustee of   ) Case No. 08 CV 306 BTM CAB
15 | SORENSEN RESEARCH AND               )
   | DEVELOPMENT TRUST,                  ) **REQUEST FOR JUDICIAL NOTICE**
16 |                                     ) **IN SUPPORT OF OPPOSITION TO**
17 |                       Plaintiff,    ) **DEFENDANTS' MOTION TO STAY**
   |   v.                                ) **PENDING OUTCOME OF**
18 |                                     ) **REEXAMINATION PROCEEDINGS**
19 | SUNBEAM PRODUCTS, INC., a           )
   | Delaware corporation; and           ) Date: May 30, 2008
20 | DOES 1 – 100,                       ) Time: 11:00 a.m.
21 |                                     ) Courtroom 15 – 5th Floor
   |                       Defendants.   ) The Hon. Barry T. Moskowitz
22 | _____ )
23 | and related counterclaims.          ) *NO ORAL ARGUMENT*
   |                                     ) *UNLESS REQUESTED BY THE COURT*
24 |                                     )
25 |                                     )

26
27
28

PLAINTIFF Jen Erik Sorensen, as Trustee of Sorensen Research and Development Trust ("SRDT") respectfully requests the Court to take judicial notice of the following documents in support of Plaintiff's Opposition to Defendant's Motion to Stay:

1. *Sorensen v. Black & Decker*, Case No. 06cv1572, Docket #180, Exhibit B; and

2. *Sorensen v. Black & Decker*, Case No. 06cv1572, Docket #243.

Courtesy copies are attached hereto.

DATED this Tuesday, April 22, 2008.

> JENS ERIK SORENSEN, as Trustee of
> SORENSEN RESEARCH AND DEVELOPMENT
> TRUST, Plaintiff
>
> /s/ J. Michael Kaler
> ―――――――――――――――――
> J. Michael Kaler, Esq.
> Attorney for Plaintiff