MELODY A. KRAMER, SBN 169984
KRAMER LAW OFFICE, INC.
9930 Mesa Rim Road, Suite 1600
San Diego, California 92121
Telephone (858) 362-3150
mak@kramerlawip.com

J. MICHAEL KALER, SBN 158296
KALER LAW OFFICES
9930 Mesa Rim Road, Suite 200
San Diego, California 92121
Telephone (858) 362-3151
michael@kalerlaw.com

Attorneys for Plaintiff JENS ERIK SORENSEN,
as Trustee of SORENSEN RESEARCH AND
DEVELOPMENT TRUST

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST, | ) ) ) ) | Case No. 08cv306 BTM CAB |
| Plaintiff | ) ) | FIRST AMENDED NOTICE OF RELATED CASES |
| v. | ) ) | |
| SUNBEAM PRODUCTS, INC., a Delaware Corporation; and DOES 1 – 100, | ) ) ) ) | |
| Defendants. | ) ) | |
| and related counterclaims. | ) ) | |

Pursuant to Local Civil Rule 40.1(e), Plaintiff JENS E. SORENSEN, as TRUSTEE OF THE SORENSEN RESEARCH AND DEVELOPMENT TRUST ("SRDT"), hereby gives FIRST AMENDED notice of cases related to the present case. Specifically, SRD TRUST gives notice of the following related cases that all arise from alleged infringement of United States Patent Number 4,935,184 ("the '184 patent"), whether pending, dismissed, or otherwise terminated:

## JUDGMENT ENTERED

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. First International Digital, Inc., et al*, Case No. 3:07-cv-5525-JSW, filed October 30, 2007 in the United States District Court for the Northern District of California. Judgment of $500,000.00 has been entered.

## PENDING – NOT STAYED

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. Phillips Plastics Corp.,* filed June 26, 2008 in the United States District Court for the District of Northern California. Plaintiff alleges infringement of the '184 patent by Defendants. Consolidation is not recommended at this time.

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. Human Touch LLC, et al,* Case No. 08cv1080, filed June 18, 2008 in the United States District Court for the District of Southern California. Plaintiff alleges infringement of the '184 patent by Defendants. Consolidation is not yet recommended because it has just been filed.

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. Lexar Media, Inc.,* Case No. 5:08-cv-00095-JW, filed January 7, 2008 in the United States District Court for the District of Northern California. Plaintiff alleges infringement of the '184 patent by Defendants. Consolidation is not recommended because a requested stay was already denied and this case is proceeding to be

2.

1  litigated.

2      *Jens Erik Sorensen as Trustee of the Sorensen Research and Development*

3  *Trust v. Johnson Level & Tool Mfg. Co., Inc.,* Case No. 3:08-cv-0025-BTM-CAB,

4  filed January 4, 2008 in the United States District Court for the District of Southern

5  California. Plaintiff alleges infringement of the '184 patent by Defendants.

6  Consolidation is not recommended because Defendant is in default and a partial

7  settlement has already been reached.

8      *Jens Erik Sorensen as Trustee of the Sorensen Research and Development*

9  *Trust v. Ampro Tools Corporation,* Case No. 4:08-cv-00096-CW, filed January 7,

10  2008 in the United States District Court for the District of Northern California.

11  Plaintiff alleges infringement of the '184 patent by Defendants. Consolidation is not

12  recommended because there has already been an entry of default and a default

13  judgment motion is being prepared.

14      *PowerStation LLC, et al v. Sorensen Research and Development Trust*, Case

15  No. 07-cv-04167-RBH, filed December 31, 2007 in the United States District Court

16  for the District of South Carolina. Plaintiff seeks declaratory judgment that the '184

17  patent is invalid and not infringed by them, and also makes an unfair trade practices

18  claim. Consolidation is not recommended yet because a Rule 12 motion for transfer

19  for lack of personal jurisdiction is currently pending.

20      *Big Lots Stores, Inc. v. Sorensen Research and Development Trust*, Case. No.

21  08cv00506, filed May 23, 2008 in the United States District Court for the Southern

22  District of Ohio. Plaintiff seeks declaratory judgment that the '184 patent is invalid

23  and not infringed by them. Consolidation is not recommended yet because no

24  summons and complaint have been served, and this case will be the subject of a Rule

25  12 motion for transfer for lack of personal jurisdiction.

26      *Freshlink Product Development, L.L.C. v. Sorensen Research & Development*

27  *Trust*, Case. No. 08cv05021, filed May 30, 2008 in the USDC for the Southern

28  District of New York. Consolidation is not recommended yet because no summons

1    and complaint have been served, and this case will be the subject of a Rule 12

2    motion for transfer for lack of personal jurisdiction.

3    *American Safety Razor Co. v. Sorensen Research & Development Trust,* Civil

4    Case No. 07-CV-00730-HHK, filed April 20, 2007, in the United States District

5    Court for the District of Columbia.  Consolidation is not recommended at this time

6    because no summons and complaint has been served and because there is no personal

7    jurisdiction over Sorensen in this court.

8    *Jens Erik Sorensen as Trustee of the Sorensen Research and Development*

9    *Trust v. DMS Holdings, Inc., et al.,* Case No. 08cv559, filed March 25, 2008 in the

10   United States District Court for the District of Southern California. Plaintiff alleges

11   infringement of the '184 patent by Defendants.  Consolidation with most other cases

12   in the District of Southern California was recommended (though this case involves

13   different parties and products) because the presiding judge has indicated a preference

14   for a consolidated claim construction hearing.

15   *Jens Erik Sorensen as Trustee of the Sorensen Research and Development*

16   *Trust v. Metabo Corporation, et al.*, Case No. 08cv304, filed February 15, 2008 in

17   the United States District Court for the District of Southern California. Plaintiff

18   alleges infringement of the '184 patent by Defendants.  Consolidation with most

19   other cases in the District of Southern California was recommended (though this case

20   involves different parties and products) because the presiding judge has indicated a

21   preference for a consolidated claim construction hearing.

22   *Jens Erik Sorensen as Trustee of the Sorensen Research and Development*

23   *Trust v. Star Asia, U.S.A., LLC, et al.*, Case No. 08cv307, filed February 15, 2008 in

24   the United States District Court for the District of Southern California. Plaintiff

25   alleges infringement of the '184 patent by Defendants.  Consolidation with most

26   other cases in the District of Southern California was recommended (though this case

27   involves different parties and products) because the presiding judge has indicated a

28   preference for a consolidated claim construction hearing.

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. Alltrade Tools, LLC., et al.*, Case No. 08cv232, filed February 5, 2008 in the United States District Court for the District of Southern California. Plaintiff alleges infringement of the '184 patent by Defendants. Consolidation with most other cases in the District of Southern California was recommended (though this case involves different parties and products) because the presiding judge has indicated a preference for a consolidated claim construction hearing.

## PENDING - STAYED

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. Kyocera International, Inc., et al.*, Case No. 08cv411, filed March 4, 2008 in the United States District Court for the District of Southern California. Plaintiff alleges infringement of the '184 patent by Defendants. Consolidation with most other cases[1] in the District of Southern California is recommended (though this case involves different parties and products) because the presiding judge has indicated a preference for a consolidated claim construction hearing.

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. Central Purchasing, LLC, et al.*, Case No. 08cv309, filed February 15, 2008 in the United States District Court for the District of Southern California. Plaintiff alleges infringement of the '184 patent by Defendants. Consolidation with most other cases in the District of Southern California is recommended (though this case involves different parties and products) because the presiding judge has indicated a preference for a consolidated claim construction hearing.

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. Logitech, Inc., et al.*, Case No. 08cv308, filed February 15, 2008 in the United States District Court for the District of Southern California. Plaintiff alleges

---

[1] See Motion for Consolidation, denied as premature, for listing of cases Plaintiff has recommended to be consolidated.

Case No. 08cv306 BTM CAB

infringement of the '184 patent by Defendants. Consolidation with most other cases in the District of Southern California is recommended (though this case involves different parties and products) because the presiding judge has indicated a preference for a consolidated claim construction hearing.

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. Rally Manufacturing, Inc., et al.*, Case No. 08cv302, filed February 15, 2008 in the United States District Court for the District of Southern California. Plaintiff alleges infringement of the '184 patent by Defendants. Consolidation with most other cases in the District of Southern California is recommended (though this case involves different parties and products) because the presiding judge has indicated a preference for a consolidated claim construction hearing.

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. CTT Tools, Inc., et al.*, Case No. 08cv231, filed February 5, 2008 in the United States District Court for the District of Southern California. Plaintiff alleges infringement of the '184 patent by Defendants. Consolidation with most other cases in the District of Southern California is recommended (though this case involves different parties and products) because the presiding judge has indicated a preference for a consolidated claim construction hearing.

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. Global Machinery Company, et al.*, Case No. 08cv233, filed February 5, 2008 in the United States District Court for the District of Southern California. Plaintiff alleges infringement of the '184 patent by Defendants. Consolidation with most other cases in the District of Southern California is recommended (though this case involves different parties and products) because the presiding judge has indicated a preference for a consolidated claim construction hearing.

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. Emissive Energy Corp., et al.*, Case No. 08cv234, filed February 5, 2008 in the United States District Court for the District of Southern California. Plaintiff

Case No. 08cv306 BTM CAB

alleges infringement of the '184 patent by Defendants. Consolidation with most other cases in the District of Southern California is recommended (though this case involves different parties and products) because the presiding judge has indicated a preference for a consolidated claim construction hearing.

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. Motorola, Inc., et al.,* Case No. 3:08-cv-0136 LAB RBB, filed January 23, 2008 in the United States District Court for the District of Southern California. Plaintiff alleges infringement of the '184 patent by Defendants. Consolidation with most other cases in the District of Southern California is recommended (though this case involves different parties and products) because the presiding judge has indicated a preference for a consolidated claim construction hearing.

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. Sanyo North America Corporation, et al.,* Case No. 3:08-cv-0135 DMS POR, filed January 23, 2008 in the United States District Court for the District of Southern California. Plaintiff alleges infringement of the '184 patent by Defendants. Consolidation with most other cases in the District of Southern California is recommended (though this case involves different parties and products) because the presiding judge has indicated a preference for a consolidated claim construction hearing.

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. Informatics, inc., et al.,* Case No. 3:08-cv-0134-L NLS, filed January 23, 2008 in the United States District Court for the District of Southern California. Plaintiff alleges infringement of the '184 patent by Defendants. Consolidation with most other cases in the District of Southern California is recommended (though this case involves different parties and products) because the presiding judge has indicated a preference for a consolidated claim construction hearing.

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. Ryobi Technologies, Inc., et al.,* Case No. 3:08-cv-0070-BTM-CAB, filed

January 11, 2008 in the United States District Court for the District of Southern California. Plaintiff alleges infringement of the '184 patent by Defendants. Consolidation with most other cases in the District of Southern California is recommended (though this case involves different parties and products) because the presiding judge has indicated a preference for a consolidated claim construction hearing.

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. Senco Products, Inc.,* Case No. 3:08-cv-0071-BTM-CAB, filed January 11, 2008 in the United States District Court for the District of Southern California. Plaintiff alleges infringement of the '184 patent by Defendants.  Consolidation with most other cases in the District of Southern California is recommended (though this case involves different parties and products) because the presiding judge has indicated a preference for a consolidated claim construction hearing.

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. Emerson Electric Co., et al,* Case No. 3:08-cv-0060-BTM-CAB, filed January 10, 2008 in the United States District Court for the District of Southern California. Plaintiff alleges infringement of the '184 patent by Defendants. Consolidation with most other cases in the District of Southern California is recommended (though this case involves different parties and products) because the presiding judge has indicated a preference for a consolidated claim construction hearing.

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. Energizer Holdings, Inc., et al*, Case No. 3:07-CV-2321-BTM-CAB, filed December 11, 2007 in the United States District Court for the Southern District of California.  Plaintiff alleges infringement of the '184 patent by Defendants. Consolidation with most other cases in the District of Southern California is recommended (though this case involves different parties and products) because the presiding judge has indicated a preference for a consolidated claim construction

1    hearing.

2        *Jens Erik Sorensen as Trustee of the Sorensen Research and Development*

3    *Trust v. Giant International, Inc., et al*, Case No. 3:07-CV-2121-BTM-CAB, filed

4    November 6, 2007 in the United States District Court for the Southern District of

5    California.    Plaintiff alleges infringement of the '184 patent by Defendants.

6    Consolidation with most other cases in the District of Southern California is

7    recommended (though this case involves different parties and products) because the

8    presiding judge has indicated a preference for a consolidated claim construction

9    hearing.

10        *Jens Erik Sorensen as Trustee of Sorensen Research and Development Trust v.*

11    *Esseplast (USA) NC, Inc., et al*, Case No. 3:07-cv-2277-BTM-CAB, filed December

12    4, 2007 in this District.    Plaintiff alleges infringement of the '184 patent by

13    Defendants.    Consolidation with most other cases in the District of Southern

14    California is recommended (though this case involves different parties and products)

15    because the presiding judge has indicated a preference for a consolidated claim

16    construction hearing.

17        *Jens Erik Sorensen as Trustee of Sorensen Research and Development Trust v.*

18    *Helen of Troy Texas Corporation, et al*, Case No. 3:07-cv-2278-BTM-CAB, filed

19    December 4, 2007 in this District.    Plaintiff alleges infringement of the '184 patent

20    by Defendants.    Consolidation with most other cases in the District of Southern

21    California is recommended (though this case involves different parties and products)

22    because the presiding judge has indicated a preference for a consolidated claim

23    construction hearing.

24        *Jens Erik Sorensen as Trustee of the Sorensen Research and Development*

25    *Trust v. Digital Networks North America, Inc., et al*, Case No. 3:07-5568-JSW, filed

26    November 1, 2007 in the United States District Court for the Northern District of

27    California. Plaintiff alleges infringement of the '184 patent by Defendants.

28    Consolidation is not recommended because this related case involves different

1   parties and has different, unrelated products at issue.

2       *Jens Erik Sorensen as Trustee of the Sorensen Research and Development*

3   *Trust v. The Black & Decker Corporation, et al,* Civil Case No.: 3:06-CV-1572-

4   BTM-CAB, filed August 7, 2006, in the United States District Court for the Southern

5   District of California.   Plaintiff alleges infringement of the '184 patent by

6   Defendants.   Consolidation with most other cases in the District of Southern

7   California is recommended (though this case involves different parties and products)

8   because the presiding judge has indicated a preference for a consolidated claim

9   construction hearing.

10

11                    **SETTLED AND DISMISSED**

12       *Jens Erik Sorensen as Trustee of the Sorensen Research And Development*

13   *Trust v.  Tecnica USA, Inc and Nordica USA, Inc.,* Civil Case No. 06CV1941 B

14   MLS, filed September 18, 2006 in the Southern District of California. The action

15   was settled by the parties, and dismissed.

16       *Jens Erik Sorensen As Trustee of The Sorensen Research And Development*

17   *Trust v.  Head USA Inc.*  Civil Case No.:  06CV1434BTN  CAB, filed July 2006 in

18   the Federal District for the Southern District of California.  The action was settled by

19   the parties, and dismissed.

20       *Head USA Inc. v. Jens Erik Sorensen (As Trustee of The Sorensen Research*

21   *And Development Trust), and Sorensen Research And Development Trust.*  Docket

22   No.: 306CV00983, filed June 2006 in the Federal District of Connecticut. The matter

23   was transferred and consolidated with the *Sorensen Research And Development*

24   *Trust v.  Head USA Inc.* action filed in the Southern District of California, Civil Case

25   No.:   06CV1434BTM   CAB. The action was later settled by the parties, and

26   dismissed.

27       *Nordica USA Corp. v. Jens Ole Sorensen, Jens Erik Sorensen, and Sorensen*

28   *Research and Development Trust.*  Docket No. 1:06-cv-91-JM filed March 8, 2006 in

Case No. 08cv306 BTM CAB

the Federal District of New Hampshire. The matter was transferred and consolidated with *Jens Erik Sorensen As Trustee of The Sorensen Research And Development Trust v. Tecnica USA, Inc and Nordica USA, Inc.,* Civil Case No. 06CV1941 B MLS, filed in the Southern District of California. The action was later settled by the parties.

*Jens Ole Sorensen, and Jens E. Sorensen, as Trustee Of The Sorensen Research and Development Trust v. DaimlerChrysler AG, and Mercedes-Benz USA, LLC.* Civil No. 03-1763 (HAA) filed in the United States District Court for Northern California and transferred to the United States District Court for New Jersey. This matter has been settled and dismissed.

*In the Matter of Certain Automobile Tail Light Lenses And Products Incorporating Same.* Investigation No. 337-TA-502 filed in the United States International Trade Commission. The matter was remanded after appeal to the Federal Circuit Court of Appeals, then settled and dismissed.

*Jens E. Sorensen, as Trustee Of The Sorensen Research and Development Trust v. Premier Automotive Group, Ford Motor Company, and Jaguar, Ltd.* Case No. 03-cv-01107, filed March 14, 2003 in the Federal Court for the Northern District of California. The matter was settled and dismissed.

*Sorensen et al v. International Trade Commission et al.,* 427 F.3d 1375 (Fed. Cir. 2005). After the Federal Circuit ruled in patentee's favor, the parties settled and dismissed.

### DISMISSED

*DMS Holdings, Inc. v. Sorensen Research & Development Trust.* Civil Case No.: 07-CV-02690, filed May 11, 2007, in the United States District Court for the Northern District of Illinois. This case has been dismissed. Sorensen refiled against DMS Holdings in the United States District Court for Southern California (see above).

1         *Lowe's Companies, Inc., et al v. Sorensen Research and Development Trust.*

2    Case No. 05-cv-00234 filed July 29, 2005 in the Federal Court for the Western

3    District of North Carolina.  The matter was never served and was dismissed.

4         *Digital Innovations LLC v. Sorensen Research and Development Trust.*  Case

5    No. 05-cv-06428, filed November 9, 2005 in the Federal Court for the Northern

6    District of Illinois. The matter was never served and was dismissed.

7         *Big Lots v. Sorensen Research and Development Trust.*  Case No. 2:06-cv-

8    1089, filed December 29, 2006 in the Federal Court for the Southern District of

9    Ohio. The matter was never served and was dismissed.

10         *Bon-Aire v. Sorensen Research and Development Trust.*  Case No. 07-cv-054-

11    S, filed January 2007 in the Federal  Court for the District of Idaho. The matter was

12    never served and was dismissed.

13         *Husqvarna Outdoor Products, Inc. v. Sorensen Research and Development*

14    *Trust.*  CIV. NO.  CV106-160 in the Federal Court for the Southern District of

15    Georgia on October 30, 2006. The matter was never served and was dismissed.

16    DATED this Friday, June 27, 2008.

17

18                        JENS ERIK SORENSEN, as Trustee of
                    SORENSEN RESEARCH AND DEVELOPMENT

19                        TRUST, Plaintiff

20

21                        /s/ Melody A. Kramer

22                        Melody A. Kramer, Esq.
                    J. Michael Kaler

23                        Attorneys for Plaintiff

24

25

26

27

28

Proof of Service

I, Melody A. Kramer, declare:  I am and was at the time of this service working within in the County of San Diego, California.  I am over the age of 18 year and not a party to the within action.  My business address is the Kramer Law Office, Inc., 9930 Mesa Rim Road, Suite 1600, San Diego, California, 92121.

On Friday, June 27, 2008, I served the following documents:

**FIRST AMENDED NOTICE OF RELATED CASES**

| PERSON(S) SERVED | PARTY(IES) SERVED | METHOD OF SERVICE |
|---|---|---|
| Sang N. Dang<br>ORION LAW GROUP<br>3 Hutton Centre Drive, Suite 850<br>Santa Ana, CA 92707<br>sangdang@orionlawgroup.net | Sunbeam Products, Inc. | Email--Pleadings Filed with the Court via CM/ECF |
| George L. Fountain<br>ORION LAW GROUP<br>3 Hutton Centre Drive, Suite 850<br>Santa Ana, CA 92707<br>georgefountain@orionlawgroup.net | Sunbeam Products, Inc. | Email--Pleadings Filed with the Court via CM/ECF |
| Kening Li, PH.D.<br>PINSENT MASONS<br>C/o BAKER DONELSON<br>BEARMAN CALDWELL AND<br>BERKOWITZ<br>555 11th St., NW,<br>Washington, DC 20004<br>Kening.LI@pinsentmasons.com | Sunbeam Products, Inc. | Email--Pleadings Filed with the Court via CM/ECF |
| Vy H. Vu<br>ORION LAW GROUP<br>3 Hutton Centre Drive, Suite 850<br>Santa Ana, CA 92707<br>vyvu@orionlawgroup.net | Sunbeam Products, Inc. | Email--Pleadings Filed with the Court via CM/ECF |

Case No. 08cv306 BTM CAB

1

2

☐ (Personal Service) I caused to be personally served in a sealed envelope hand-delivered to the office of counsel during regular business hours.

3

4

☐ (Federal Express) I deposited or caused to be deposited today with Federal Express in a sealed envelope containing a true copy of the foregoing documents with fees fully prepaid addressed to the above noted addressee for overnight delivery.

5

6

☐ (Facsimile) I caused a true copy of the foregoing documents to be transmitted by facsimile machine to the above noted addressees.  The facsimile transmissions were reported as complete and without error.

7

8

☐ (Email) I emailed a true copy of the foregoing documents to an email address represented to be the correct email address for the above noted addressee.

9

10

11

☒ (Email--Pleadings Filed with the Court) Pursuant to Local Rules, I electronically filed this document via the CM/ECF system for the United States District Court for the Southern District of California.

12

☐ (U.S. Mail) I mailed a true copy of the foregoing documents to a mail address represented to be the correct mail address for the above noted addressee.

13

14

15

I declare that the foregoing is true and correct, and that this declaration was executed on Friday, June 27, 2008, in San Diego, California.

16

17

18

/s/ Melody A. Kramer
Melody A. Kramer

19

20

21

22

23

24

25

26

27

28

Case No. 08cv306 BTM CAB