SANG N. DANG (NO. 214558)
sangdang@orionlawgroup.net
**ORION LAW GROUP,**
**A PROFESSIONAL LAW CORPORATION**
3 Hutton Centre Drive
Suite 850
Santa Ana, CA 92707
Telephone: 714-768-6800
Facsimile: 714-768-6850

Attorneys for Defendant
SUNBEAM PRODUCTS, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST<br><br>Plaintiff,<br><br>vs.<br><br>SUNBEAM PRODUCTS, INC., a Delaware corporation,<br><br>Defendants. | CASE NO. C 08-00306 BTM CAB<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL FOR DEFENDANT SUNBEAM PRODUCTS, INC.** |

TO THE CLERK OF THE COURT AND ALL PARTIES THROUGH THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Sang N. Dang respectfully submits this Notice of Withdrawal as counsel of record for Sunbeam Products, Inc. ("Sunbeam"), and requests that he be removed from the Court's electronic mail notification list. Although Sang N. Dang is no longer available to represent Sunbeam, other counsel at the Orion Law Group continues to represent Sunbeam in this matter.

DATED: July 30, 2008         ORION LAW GROUP,
                             A PROFESSIONAL LAW CORPORATION


                             By  /s/ Sang N. Dang
                                 Sang N. Dang
                                 Attorneys for Defendant
                                 SUNBEAM PRODUCTS, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of the filing to all counsel of record.

/s/ George L. Fountain
George L. Fountain