1  GEORGE L. FOUNTAIN (NO. 182716)
   george@fountainlawgroup.com
2  **FOUNTAIN LAW GROUP, INC.**
   18201 Von Karman Ave.
3  Suite 960
   Irvine, CA 92612
4  Telephone: 949-769-6991
   Facsimile: 949-769-6995
5
   Attorneys for Defendant
6  SUNBEAM PRODUCTS, INC.

7

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10

11

| 12 | JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST, | CASE NO. 08cv306 BTM CAB |
|----|----|----|
| 13 | | **NOTICE OF CHANGE OF LAW FIRM AND ADDRESS BY COUNSEL FOR DEFENDANT SUNBEAM PRODUCTS, INC.** |
| 14 | Plaintiff, | |
| 15 | vs. | |
| 16 | SUNBEAM PRODUCTS, INC., a Delaware corporation, | |
| 17 | | |
| 18 | Defendant. | |

---

FOUNTAIN LAW GROUP, INC.

NOTICE OF CHANGE OF LAW FIRM AND ADDRESS OF COUNSEL FOR DEFENDANT — - 1 -    CASE NO. 08cv306 BTM CAB

TO THE CLERK OF THE COURT AND ALL PARTIES THROUGH THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that counsel for Defendant Sunbeam Products, Inc. has changed law firm and address.  Effective immediately, George L. Fountain, formerly of the ORION LAW GROUP, A PROFESSIONAL LAW CORPORATION, may now be contacted at FOUNTAIN LAW GROUP, INC., 18201 Von Karman Ave., Suite 960, Irvine, CA  92612, (949) 769-6991 (Phone), (949) 769-6995 (Facsimile), george@fountainlawgroup.com (Email).

DATED: August 12, 2008             FOUNTAIN LAW GROUP, INC.

By  /s/ George L. Fountain
    George L. Fountain
    Attorneys for Defendant
    SUNBEAM PRODUCTS, INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 12, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of the filing to all counsel of record.

/s/ George L. Fountain
George L. Fountain
