| | |
|---|---|
| 1 | VY H. VU (NO. 247086) |
|   | vyvu@fountainlawgroup.com |
| 2 | **FOUNTAIN LAW GROUP, INC.** |
|   | 18201 Von Karman Ave. |
| 3 | Suite 960 |
|   | Irvine, CA 92612 |
| 4 | Telephone: 949-769-6992 |
|   | Facsimile: 949-769-6995 |

Attorneys for Defendant
SUNBEAM PRODUCTS, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST, | CASE NO. 08cv306 BTM CAB |
| Plaintiff, | **NOTICE OF CHANGE OF LAW FIRM AND ADDRESS BY COUNSEL FOR DEFENDANT SUNBEAM PRODUCTS, INC.** |
| vs. | |
| SUNBEAM PRODUCTS, INC., a Delaware corporation, | |
| Defendant. | |

1  TO THE CLERK OF THE COURT AND ALL PARTIES THROUGH THEIR
2  COUNSEL OF RECORD:

4  PLEASE TAKE NOTICE that counsel for Defendant Sunbeam Products, Inc. has
5  changed law firm and address.  Effective immediately, Vy H. Vu, formerly of the ORION LAW
6  GROUP, A PROFESSIONAL LAW CORPORATION, may now be contacted at FOUNTAIN
7  LAW GROUP, INC., 18201 Von Karman Ave., Suite 960, Irvine, CA  92612, (949) 769-6992
8  (Phone), (949) 769-6995 (Facsimile), vyvu@fountainlawgroup.com (Email).

16  DATED: August 13, 2008          FOUNTAIN LAW GROUP, INC.

18                                  By   /s/ Vy H. Vu
19                                    Vy H. Vu
                                      Attorneys for Defendant
20                                    SUNBEAM PRODUCTS, INC.

FOUNTAIN LAW GROUP, INC.

NOTICE OF CHANGE OF LAW FIRM AND
ADDRESS OF COUNSEL FOR DEFENDANT         - 1 -                    CASE NO. 08cv306 BTM CAB

## CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of the filing to all counsel of record.

/s/ Vy H. Vu
Vy H. Vu