MELODY A. KRAMER, SBN 169984
KRAMER LAW OFFICE, INC.
9930 Mesa Rim Road, Suite 1600
San Diego, California 92121
Telephone (858) 362-3150

J. MICHAEL KALER, SBN 158296
KALER LAW OFFICES
9930 Mesa Rim Road, Suite 200
San Diego, California 92121
Telephone (858) 362-3151

Attorneys for Plaintiff

GEORGE L. FOUNTAIN, SBN 182716
VY H.VU, SBN 247086
FOUNTAIN LAW GROUP, INC.
18201 Von Karman Ave., Suite 960
Irvine, CA 92612
Phone: 949-769-6992

KENING LI, PH.D., SBN 202028
PINSENT MASONS
C/o BAKER DONELSON, ET AL
555 11th St., NW,
Washington, DC 20004

Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>　　　　　　Plaintiff<br>　v.<br><br>SUNBEAM PRODUCTS, INC., a Delaware Corporation; and DOES 1 – 100,<br><br>　　　　　　Defendants.<br>_____<br>and related counterclaims. | Case No. 08cv306 BTM CAB<br><br>**JOINT STIPULATION FOR RESOLUTION OF PLAINTIFF'S MOTION FOR EXCEPTION TO STAY (DOCKET #27)**<br><br>Date:  September 12, 2008<br>Time:  11:00 a.m.<br>Courtroom 15 – 5th Floor<br>The Hon. Barry T. Moskowitz<br><br>*No Oral Argument Unless Requested By Court* |

Plaintiff Jens Erik Sorensen and Defendant Sunbeam Products, Inc. by and through their respective counsel, hereby stipulate to a resolution of the pending Motion for Exception to Stay (Docket #27) set for hearing on September 12, 2008 on consistent terms with the ruling of this Court on August 20, 2008 in related cases[1] on similar motions as follows:

1. All prototype and production molds used in the production of the accused products within the custody and control of the Defendant will be preserved.

2. All design and technical documents for the accused product within the control and custody of the Defendant will be preserved.

3. Plaintiff will propound (and Defendant will answer) one (1) interrogatory on the Defendant that asks for the identification of the company names and addresses of nonparty manufacturers, suppliers, and importers who have prototype, production, design, technical documents or evidence regarding the accused products.

4. The parties agree to abide by and be bound by the terms of this Stipulation upon signature by their attorneys.

The parties have authorized electronic signatures for purposes of this Stipulated Resolution.

IT IS SO STIPULATED.

//
//

---

[1] *Sorensen v. CTT Tools*, Case No. 08cv231; *Sorensen v. Emerson Electric*, Case No. 08cv00060; *Sorensen v. Esseplast*, Case No. 07cv2277; *Sorensen v. Logitech*, Case No. 08cv308; *Sorensen v. Ryobi*, Case No. 08cv00070; *Sorensen v. Senco*, Case No. 08cv00071.

1   DATED this Friday, August 29, 2008.

2   JENS ERIK SORENSEN, as Trustee of
3   SORENSEN RESEARCH AND DEVELOPMENT TRUST, Plaintiff
4

5   /s/ Melody A. Kramer
    _____
6   J. Michael Kaler, Esq.
    Melody A. Kramer, Esq.
7   Attorneys for Plaintiff

8
    SUNBEAM PRODUCTS, Defendant
9

10  /s/ George L. Fountain

11  _____
    George L. Fountain, Esq.
12  Vy H. Vu, Esq.
    Kening Li, PHD., Esq.
13  Attorney(s) for Defendant

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3.                                    Case No. 08cv306 BTM CAB