1  MELODY A. KRAMER, SBN 169984
2  KRAMER LAW OFFICE, INC.
   9930 Mesa Rim Road, Suite 1600
3  San Diego, California 92121
4  Telephone (858) 362-3150
   mak@kramerlawip.com
5
6  J. MICHAEL KALER, SBN 158296
   KALER LAW OFFICES
7  9930 Mesa Rim Road, Suite 200
8  San Diego, California 92121
   Telephone (858) 362-3151
9  michael@kalerlaw.com

Attorneys for Plaintiff JENS ERIK SORENSEN,
as Trustee of SORENSEN RESEARCH AND
DEVELOPMENT TRUST

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>　　　　　　　　　Plaintiff<br>　v.<br><br>SUNBEAM PRODUCTS, INC., a Delaware Corporation; and DOES 1 – 100,<br><br>　　　　　　　　　Defendants.<br>_____<br>and related counterclaims. | Case No. 08cv306 BTM CAB<br><br>**ORDER ON JOINT STIPULATION FOR EXCEPTION OF STAY TO PRESERVE EVIDENCE and MOOTING OF DOCKET #27**<br><br>Date:  September 12, 2008<br>Time:  11:00 a.m.<br>Courtroom 15 – 5th Floor<br>The Hon. Barry T. Moskowitz |

THE COURT, having reviewed the Joint Stipulation for Limited Exception of Stay to Preserve Evidence in this case, and finding good cause, orders as follows:

1. The Court approves the Joint Stipulation and orders the following:

   a. All prototype and production molds used in the production of the accused products within the custody and control of the Defendant will be preserved.

   b. All design and technical documents for the accused product within the control and custody of the Defendant will be preserved.

   c. Plaintiff will propound (and Defendant will answer) one (1) interrogatory on the Defendant that asks for the identification of the company names and addresses of nonparty manufacturers, suppliers, and importers who have prototype, production, design, technical documents or evidence regarding the accused products.

2. Plaintiff's motion for exception of discovery stay (Docket # 27) is rendered moot by the terms of the stipulation between the parties.

3. Oral arguments on Plaintiff's motion for exception to stay set for September 12, 2008 is taken off calendar and the related briefing schedule is also vacated.

IT IS SO ORDERED.

DATED this _____, 2008.

_____
Honorable Barry Ted Moskowitz
United State District Judge